No. 16,128.

Jensen *v.* W. B. Barr Lumber Company.
(208 P. [2d] 1164)

Decided July 14, 1949.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Justice Hays, Mr. Justice Alter and Mr. Justice Moore, participating.

Messrs. Shuteran, Robinson & Harrington, for plaintiff in error.

Messrs. Gorsuch & Kirgis, Mr. Charles E. Grover, for defendant in error.